IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STREAMTECH INDUSTRIAL, LLC | § § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:24-CV-01760 |
| | § | |
| ARMSTRONG TRANSPORT GROUP, LLC | § | JURY TRIAL DEMANDED |
| and ATM ENTERPRISES, INC. | § | |

**ARMSTRONG TRANSPORT GROUP, LLC'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Defendant **Armstrong Transport Group, LLC** hereby certifies the following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the out- come of this litigation.

1. StreamTech Industrial, LLC (Plaintiff).

2. Armstrong Transport Group, LLC (Defendant).

3. ATM Enterprises, Inc. (Defendant).

Respectfully Submitted,

*[signature]*

_____
Ian R. Beliveaux
SBN: 24045473
Southern District ID: 590197
irb@donatobrown.com
Attorney-In-Charge
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
713.877.1112 – Telephone
713.877.1138 – Facsimile

**ATTORNEYS FOR DEFENDANT ARMSTRONG TRANSPORT GROUP, LLC**

**OF COUNSEL:**

**DONATO, BROWN, POOL & MOEHLMANN, PLLC**

Nolan B. Wleczyk
SBN: 24128698
Southern District ID: 3863494
nwleczyk@donatobrown.com
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
713.877.1112 – Telephone
713.877.1138 – Facsimile

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on May 21, 2024, via E-File.

_____
Ian R. Beliveaux

At this time, there are no other known parties that may have a financial interest in the outcome of this action. If new parties are identified and/or added, this certificate will be amended pursuant to the Court's order.